AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>PAUL JERMAINE KING<br><br>Defendant(s) | ) ) ) ) ) ) ) )  Case No. 19-6319-Hunt |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*
SPECIAL AGENT JUSTIN HERZLICH, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/3/19

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida    PATRICK M. HUNT, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Herzlich, being duly sworn, depose and state as follows:

1. I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since approximately 2007. Previously, I was a law enforcement officer in South Florida for over 12 years. Some of my responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44). Currently, I am assigned to the High Intensity Drug Trafficking Area Task Force. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18 of the United States Code.

2. The information in this Affidavit is based on my personal knowledge and information obtained from other law enforcement personnel. The information set forth herein is provided solely for the purpose of establishing probable cause in support of a criminal complaint charging PAUL JERMAINE KING with being a previously convicted felon in possession of a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1). Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the details of the investigation of which I am aware.

3. On June 25, 2019, at approximately 3:54 p.m., law enforcement responded to the area of 3556 S. University Drive, Miramar, Florida, in reference to a report of an armed robbery. At the scene, law enforcement spoke with the victim, who reported that as he exited a Subway restaurant, a black male pointed a black pistol at him, demanding the victim's gold chain and wedding ring. As the victim attempted to comply, the man struck the victim on the left side of his

head with the pistol and yanked the gold chain off the victim's neck. The man then fled the area on foot. The victim called 911, and reported that his attacker was a black male, wearing a black hoodie, carrying a black 9 mm gun.

4. Approximately 10-15 minutes later, law enforcement received word of a 911 call reporting a black male acting suspiciously in the vicinity of 3309 Knolls Road, close to the scene of the armed robbery. Law enforcement responded to that area and found, next to the air conditioning unit at 3309 Knolls Road, a black hoodie jacket, a black Chicago Bulls hat and a black Taurus Millenium G2 9mm pistol (Serial No. TJX14568) with an extended magazine inserted and a round in the chamber. Law enforcement remained near 3309 Knolls Road pursuant to the investigation. A total of 15 rounds of ammunition were found in the gun.

5. Law enforcement obtained surveillance video from 3309 Knolls Road which showed a black male placing a bundle near the air conditioning unit just after the armed robbery.

6. Shortly thereafter, law enforcement officers noticed an Uber vehicle driving around the area of 3309 Knolls Road, without dropping anyone off. Law enforcement officers stopped the vehicle for questioning. Inside the vehicle, they observed KING, who the officers recognized from the surveillance video as the individual who placed the bundle next to the air conditioner at 3309 Knolls Road.

7. Also inside the vehicle was the Uber driver and a woman who identified herself as KING's girlfriend. The woman provided a sworn statement to law enforcement stating that she had met KING around the area of 207th Street and NW 33rd Court in Miami Gardens. She said that after they got into the Uber, KING told her that he needed her to pick up a gun and jacket that he left in Miramar.

8. Law enforcement attempted to detain KING, but he resisted. As they attempted to handcuff him, KING said that the officers would have to kill him because he's "not going back." KING was eventually detained and brought to the scene of the armed robbery to conduct a show-up with the victim. As KING was taken out of the police vehicle at the scene, KING kicked one of the officers.

9. At the scene of the armed robbery, both the victim and a witness separately identified KING as the individual who had robbed the victim at gunpoint and struck the victim in the head with the pistol.

10. A criminal records check indicates that KING has several prior felony convictions, including a 2004 felony conviction for carjacking with a firearm and a 2015 felony conviction for attempted first degree murder. Based on my training and experience, neither the Taurus Millenium G2 9mm pistol or the ammunition inside it were not manufactured in the state of Florida.

11. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that PAUL JERMAINE KING, having previously been convicted of a felony, was in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SPECIAL AGENT JUSTIN HERZLICH
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Sworn to and subscribed before me this
3rd day of July 2019.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: _____ PAUL JERMAINE KING _____

_____ Pre-trial detention is recommended _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:  Robert Juman

Last Known Address: _____

_____

_____

What Facility:  BSO Main Jail

555 SE 1st Ave., Ft. Lauderdale

Agent(s):  Justin Herzlich, ATF
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)